| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Phillips, Thomas W. | 2. Court or Organization Eastern District of Tennessee | 3. Date of Report 06/29/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S District Judge Senior | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address 800 Market Street Suite 145 Knoxville, TN 37902 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | Berea College, Berea Ky |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 06/29/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameriprise SPS NQ Account | | | | | | | | | |
| 2. -Ameriprise Cash (X) | | None | J | T | | | | | |
| 3. -Columbia Balanced A (CBLAX) | A | Int./Div. | | | Sold (part) | 08/04/16 | J | A | |
| 4. -Columbia Balanced A (CBLAX) | A | Int./Div. | | | Sold (part) | 09/23/16 | J | A | |
| 5. -Columbia Balanced A (CBLAX) | A | Int./Div. | | | Sold (part) | 12/01/16 | J | A | |
| 6. -Vangurd Total Stock Market ETF (VTI) | A | Dividend | J | T | Buy | 09/23/16 | J | | |
| 7. Ameriprise ONE Account | | | | | | | | | |
| 8. -Cash-Amperiprise Insured Money Market Account (AIMMA) | A | Interest | J | T | | | | | |
| 9. Ameriprise Turst Co. IRA | | | | | | | | | |
| 10. -Cash-Dreyfus Government Cash Management MMF (X) | A | Interest | J | T | | | | | |
| 11. -BlackRock Strat. Income Opps Institutional Shares (BSIIX) | A | Interest | J | T | Buy | 05/03/16 | J | | |
| 12. -Columbia Strategic Income CL Z (LSIZX) | A | Int./Div. | K | T | Buy | 05/03/16 | K | | |
| 13. -Columbia US Govt Martgage CL Z (CUGZX) | A | Interest | J | T | Buy | 05/03/16 | J | | |
| 14. -Fidelity Advisor Short Fixed Income CL A (FSFAX) | A | Interest | J | T | Buy | 05/03/16 | J | | |
| 15. -MFS Total Return Bond CL I (MRBIX) | A | Interest | J | T | Buy | 05/03/16 | J | | |
| 16. -Prudential Short Term Corp Bond CL Z (PIFZX) | A | Interest | K | T | Buy | 05/03/16 | K | | |
| 17. -AT&T Inc (T) Common Stock | A | Dividend | J | T | Buy | 06/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -AT&T Inc (T) Common Stock | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |
| 19.  -Apple (AAPL) Common Stock | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 20.  -Apple (AAPL) Common Stock | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |
| 21.  -Apple (AAPL) Common Stock | A | Dividend | J | T | Buy (add'l) | 07/27/16 | J | | |
| 22.  -Bank of America Corp (BAC) Common Stock | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 23.  -Bank of America Corp (BAC) Common Stock | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |
| 24.  -Cisco Sysetems, Inc.(CSCO) Common Stock | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 25.  -Cisco Sysetems, Inc.(CSCO) Common Stock | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |
| 26.  -Ford Motor Company Nw (F) Common Stock | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 27.  -Ford Motor Company Nw (F) Common Stock | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |
| 28.  -Ford Motor Company Nw (F) Common Stock | A | Dividend | J | T | Buy (add'l) | 07/28/16 | J | | |
| 29.  -Ishares MSCI EAFE ETF (EFA) | A | Int./Div. | J | T | Buy | 06/03/16 | J | | |
| 30.  -Ishares MSCI EAFE ETF (EFA) | A | Int./Div. | J | T | Buy (add'l) | 07/29/16 | J | | |
| 31.  -Ishares MSCI EAFE ETF (EFA) | A | Int./Div. | J | T | Buy (add'l) | 08/31/16 | J | | |
| 32.  -Ishares MSCI EAFE ETF (EFA) | A | Int./Div. | J | T | Buy (add'l) | 10/11/16 | J | | |
| 33.  -Starbucks Corp (SBUX) | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 34.  -Starbucks Corp (SBUX) | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Valero Energy Corp (VLO) | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 36. -Valero Energy Corp (VLO) | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |
| 37. -Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 38. -Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | Buy (add'l) | 07/29/16 | J | | |
| 39. -Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | Buy (add'l) | 08/31/16 | J | | |
| 40. -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 41. -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy (add'l) | 07/29/16 | J | | |
| 42. -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy (add'l) | 08/31/16 | J | | |
| 43. -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy (add'l) | 10/11/16 | J | | |
| 44. -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | |
| 45. -Vanguard Value ETF (VTV) | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 46. -Vanguard Value ETF (VTV) | A | Dividend | J | T | Buy (add'l) | 07/29/16 | J | | |
| 47. -Vanguard Value ETF (VTV) | A | Dividend | J | T | Buy (add'l) | 08/31/16 | J | | |
| 48. -Vanguard Value ETF (VTV) | A | Dividend | J | T | Buy (add'l) | 10/11/16 | J | | |
| 49. -Vanguard Value ETF (VTV) | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | |
| 50. -Vanguard Small Cap ETF (VB) | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 51. -Vanguard Small Cap ETF (VB) | A | Dividend | J | T | Buy (add'l) | 07/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Small Cap ETF (VB) | A | Dividend | J | T | Buy (add'l) | 08/31/16 | J | | |
| 53. -BlackRock Strat. Income Opps Inv A (BASIX) | A | Interest | | | Sold | 05/03/16 | K | A | |
| 54. -Cohen & Steers Realty (CSRSX) | A | Int./Div. | | | Sold (part) | 02/19/16 | J | A | |
| 55. -Cohen & Steers Realty (CSRSX) | A | Int./Div. | | | Sold | 05/03/16 | K | A | |
| 56. -Fidelity Advisor New Insights Fund Class A (FNIAX) | A | Dividend | | | Sold | 05/03/16 | L | A | |
| 57. -Goldman Sachs Strategic Income A (GSZAX) | A | Interest | | | Sold (part) | 02/19/16 | J | A | |
| 58. -Goldman Sachs Strategic Income A (GSZAX) | A | Interest | | | Sold (part) | 04/18/16 | K | A | |
| 59. -Goldman Sachs Strategic Income A (GSZAX) | A | Interest | | | Sold | 05/03/16 | J | A | |
| 60. -John Hancock Disciplined Value Mid Cap A (JVMAX) | D | Dividend | | | Sold | 05/03/16 | K | D | |
| 61. -John Hancock Strategic Income Opps A (JIPAX) | A | Interest | | | Sold | 05/03/16 | K | A | |
| 62. -John Hancock Disciplined Value A (JVLAX) | A | Dividend | | | Sold | 05/03/16 | K | A | |
| 63. -John Hancock Income A (JHFIX) | A | Interest | | | Sold | 05/03/16 | K | A | |
| 64. -Franklin Mutual Global Discovery A (TEDIX) | A | Int./Div. | | | Sold | 05/03/16 | K | A | |
| 65. -AMG Yacktman Foc Svc (YAFFX) | A | Dividend | | | Sold | 05/03/16 | J | A | |
| 66. -Oppenheimer Dev. Markets A (ODMAX) | A | Int./Div. | | | Sold | 05/03/16 | J | A | |
| 67. -Hodges Small Cap Fund Retail Class (HDPSX) | A | Dividend | | | Sold | 05/03/16 | J | A | |
| 68. -Bank of America Corp (BAC) Common Stock | A | Dividend | | | Sold | 10/17/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ameriprise Brokerage Account | | | | | | | | | |
| 70. -DC Industrial Liq Trust REIT | A | Int./Div. | J | T | | | | | |
| 71. -Industrial Property REIT | A | Int./Div. | K | T | | | | | |
| 72. -Carey Watermark REIT | A | Int./Div. | K | T | Buy | 03/01/16 | K | | |
| 73. RiverSource RAVA 5 Advantage Variable Annuity | | | | | | | | | |
| 74. -Columbia VP Managed Volatility Growth Fund | A | Int./Div. | M | T | | | | | |
| 75. Ameriprise Trust Co. (ROTH IRA) | | | | | | | | | |
| 76. -Cash-Dreyfus Government Cash Management (MMF) (X) | A | Interest | J | T | | | | | |
| 77. -BlackRock Strat. Income Opps Inv A (BASIX) | A | Interest | | | Sold | 05/03/16 | J | A | |
| 78. -Columbia Balanced A (CBLAX) | C | Int./Div. | | | Sold | 05/03/16 | K | C | |
| 79. -John Hancock Disciplined Value Mid Cap A (JVMAX) | B | Dividend | | | Sold | 05/03/16 | J | B | |
| 80. -John Hancock Strategic Income Opps A (JIPAX) | A | Interest | | | Sold | 05/03/16 | J | A | |
| 81. -John Hancock Disciplined Value A (JVLAX) | A | Dividend | | | Sold | 05/03/16 | J | A | |
| 82. -TCW Relative Value Large Cap (TEDIX) | A | Int./Div. | | | Sold | 05/03/16 | J | A | |
| 83. -Prudential Jennison Equity Income A (SPQAX) | A | Dividend | | | Sold | 05/03/16 | J | A | |
| 84. -Ishares MSCI EAFE Index Fund ETF (EFA) | A | Int./Div. | J | T | Buy | 06/03/16 | J | | |
| 85. -Ishares MSCI EAFE Index Fund ETF (EFA) | A | Int./Div. | J | T | Buy (add'l) | 07/29/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Ishares MSCI EAFE Index Fund ETF (EFA) | A | Int./Div. | J | T | Buy (add'l) | 08/31/16 | J | | |
| 87. -Ishares MSCI EAFE Index Fund ETF (EFA) | A | Int./Div. | J | T | Buy (add'l) | 10/11/16 | J | | |
| 88. -MFS Total Return Bond Fund Class I (MRBIX) | A | Interest | J | T | Buy | 05/03/16 | J | | |
| 89. -Prudential Short-Term Corp. Bond Fund Class Z (PIFZX) | A | Interest | J | T | Buy | 05/03/16 | J | | |
| 90. -Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 91. -Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | Buy (add'l) | 07/29/16 | J | | |
| 92. -Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | Buy (add'l) | 08/31/16 | J | | |
| 93. -Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | |
| 94. -Vangurd Total Stock Market ETF (VTI) | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 95. -Vanguard Total Stock Market ETF (VTI) | A | Dividend | J | T | Buy (add'l) | 07/29/16 | J | | |
| 96. -Vanguard Total Stock Market ETF (VTI) | A | Dividend | J | T | Buy (add'l) | 08/31/16 | J | | |
| 97. -Vanguard Total Stock Market ETF (VTI) | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | |
| 98. Columbia Strategic Income CL Z (LSIZX) | A | Interest | J | T | Buy | 05/03/16 | J | | |
| 99. -Columbia Balanced A (CBLAX) | A | Int./Div. | J | T | Buy | 05/03/16 | J | | |
| 100. Ameriprise SPS IRA | | | | | | | | | |
| 101. -Cash-Dreyfus Government Cash Management (MMF) (X) | A | Interest | J | T | | | | | |
| 102. -BlackRock Strat. Income Opps Inv A (BASIX) | A | Interest | | | Sold | 05/03/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Columbia Balanced A (CBLAX) | C | Int./Div. | | | Sold | 05/03/16 | K | C | |
| 104. -John Hancock Disciplined Value Mid Cap A (JVMAX) | C | Dividend | | | Sold | 05/03/16 | K | C | |
| 105. -John Hancock Strategic Income Opps A (JIPIX) | A | Interest | | | Sold | 05/03/16 | J | A | |
| 106. -John Hancock Disciplined Value A (JVLAX) | A | Dividend | | | Sold | 05/03/16 | K | A | |
| 107. -Franklin Mutual Global Discovery A (TEDIX) | A | Int./Div. | | | Sold | 05/03/16 | K | A | |
| 108. -Fidelity Advisor New Insights Fund Class A (FNIAX) | A | Dividend | | | Sold | 05/03/16 | K | A | |
| 109. Bank of America Corp (BAC) Common Stock | A | Dividend | | | Sold | 10/17/16 | J | A | |
| 110. -BlackRock Strat. Income Opps Institutional Shares (BSIIX) | A | Interest | J | T | Buy | 05/03/16 | J | | |
| 111. -Columbia Strategic Income CL Z (LSIZX) | A | Interest | J | T | Buy | 05/03/16 | J | | |
| 112. -Columbia US Govt Martgage CL Z (CUGZX) | A | Interest | J | T | Buy | 05/03/16 | J | | |
| 113. -Fidelity Advisor Short Fixed Income CL A (FSFAX) | A | Interest | J | T | Buy | 05/03/16 | J | | |
| 114. -MFS Total Return Bond Fund Class I (MRBIX) | A | Interest | J | T | Buy | 05/03/16 | J | | |
| 115. -Prudential Short Term Corp Bond CL Z (PIFZX) | A | Interest | J | T | Buy | 05/03/16 | J | | |
| 116. -AT&T Inc (T) Common Stock | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 117. -AT&T Inc (T) Common Stock | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |
| 118. -Bank of America Corp (BAC) Common Stock | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 119. -Bank of America Corp (BAC) Common Stock | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Apple, Inc. (AAPL) Common Stock | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 121. -Apple, Inc. (AAPL) Common Stock | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |
| 122. -Apple, Inc. (AAPL) Common Stock | A | Dividend | J | T | Buy (add'l) | 07/27/16 | J | | |
| 123. -Cisco Sysetems, Inc.(CSCO) Common Stock | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 124. -Cisco Sysetems, Inc.(CSCO) Common Stock | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |
| 125. -Ford Motor Company Nw (F) Common Stock | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 126. -Ford Motor Company Nw (F) Common Stock | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |
| 127. -Ford Motor Company Nw (F) Common Stock | A | Dividend | J | T | Buy (add'l) | 07/28/16 | J | | |
| 128. -Valero Energy Corp (VLO) | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 129. -Valero Energy Corp (VLO) | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |
| 130. -Starbucks Corp (SBUX) | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 131. -Starbucks Corp (SBUX) | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |
| 132. -Ishares MSCI EAFE ETF (EFA) | A | Int./Div. | J | T | Buy | 06/03/16 | J | | |
| 133. -Ishares MSCI EAFE ETF (EFA) | A | Int./Div. | J | T | Buy (add'l) | 07/29/16 | J | | |
| 134. -Ishares MSCI EAFE ETF (EFA) | A | Int./Div. | J | T | Buy (add'l) | 08/31/16 | J | | |
| 135. -Ishares MSCI EAFE ETF (EFA) | A | Int./Div. | J | T | Buy (add'l) | 10/11/16 | J | | |
| 136. -Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | Buy | 06/03/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | Buy (add'l) | 07/29/16 | J | | |
| 138. -Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | Buy (add'l) | 08/31/16 | J | | |
| 139. -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 140. -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy (add'l) | 07/29/16 | J | | |
| 141. -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy (add'l) | 08/31/16 | J | | |
| 142. -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | |
| 143. -Vanguard Value ETF (VTV) | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 144. -Vanguard Value ETF (VTV) | A | Dividend | J | T | Buy (add'l) | 07/29/16 | J | | |
| 145. -Vanguard Value ETF (VTV) | A | Dividend | J | T | Buy (add'l) | 08/31/16 | J | | |
| 146. -Vanguard Value ETF (VTV) | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | |
| 147. -Vanguard Small Cap ETF (VB) | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 148. -Vanguard Small Cap ETF (VB) | A | Dividend | J | T | Buy (add'l) | 07/29/16 | J | | |
| 149. -Vanguard Small Cap ETF (VB) | A | Dividend | J | T | Buy (add'l) | 08/31/16 | J | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 06/29/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On the 2015 Report there was an error. Line 10. Franlin Mutual International A (FMIAX) should have been Fidelity Advisor New Insights (FNIAX) and Line 30. TCW Relative Value Large Cap (TGDIX) should have been Franklin Mutual Global Discovery A (TEDIX). Note that during the middle of the reporting period we did have a share class conversion on a few mutual funds. The only one reported in 2015 and was still held in 2016 report is BASIX which moved to BSIIX.

Received letter from committee regarding corrections. Made all corrections with the exception of Bank of America Holding (BAC). The letter stated that we sold this asset but that it was not in the previous years FDR report. That is due to the stock was both purchased in 2016 and sold in 2016. Refer to line 22, 23 and line 68.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Thomas W. Phillips**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544